# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
    v.    )    Case No. 25-00333-01-CR-W-BP
    )
LEONARD R. BERRY,    )
    )
    Defendant.    )

### MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 21, 2025, the Grand Jury returned a one-count Indictment charging Defendant Berry with being a felon in possession of a firearm.

Please note the parties request a bench trial in order to preserve issues for appeal.

**POSSIBLE DISPOSITION**:

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Stefan Christopher Hughes and
        Case Agent: Special Agent Derrick Garth
    Defense: Ronna Holloman-Hughes

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**: On July 17, 2026, the Honorable U.S. District Judge Beth Phillips entered an order stating that "the Court will conduct a hearing to elicit additional evidence about Officer Neuman's observations and the conclusions he drew from them." (Doc. #41.)

| 02/04/2026 | ⤙ view19 | MOTION to suppress *Evidence and Statements* by Leonard R Berry. Suggestions in opposition/response due by 2/18/2026 unless otherwise directed by the court. (Holloman-Hughes, Ronna) (Entered: 02/04/2026) |
|---|---|---|

| 6/08/2026 | 🔹 view35 | REPORT AND RECOMMENDATION as to Leonard R Berry re 19 Motion to Suppress Evidence and Statements. Objections to R&R due by 6/22/2026. Signed on 6/8/2026 by Magistrate Judge Lajuana M. Counts. (SLB) (Entered: 06/08/2026) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: 2 with stipulations; 3 without stipulations
    Defendant: No witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 6 exhibits
    Defendant: approximately 0 exhibits

**DEFENSES**: General denial.
    (X) Definitely for trial; (   ) Possibly for trial; (   ) Likely a plea will be worked out

**TRIAL TIME: 1 day total**
    Government's case including jury selection: 1 day(s)
    Defendant: 0 day(s)

**STIPULATIONS**: Most likely a stipulation regarding interstate nexus and convicted felon status.

**UNUSUAL QUESTIONS OF LAW:**  None.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #18):

    **Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

    Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

    **Motion in Limine: Due no later than fourteen days prior to trial.**

    **Stipulations: Due no later than fourteen days prior to trial.**

    **Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury**

**Instructions are due no later than seven days prior to trial.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for August 10, 2026.

2

**Please note:** The parties will contact Judge Phillips's chambers for a trial setting. The parties hope for a setting for the bench trial prior to the Joint Accelerated Criminal Jury Trial Docket.

**IT IS SO ORDERED.**

_/s/ Lajuana M. Counts_
Lajuana M. Counts
United States Magistrate Judge

3